UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Kent Richard Jones,                          Civil 09-2781 JNE/FLN

       Petitioner,

  v.                                          O R D E R

Commissioner of Corrections
Joan Fabian, and Warden John
King,

       Respondents.
_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by

United States Magistrate Judge Franklin L. Noel dated June 9, 2010, all the files and

records, and no objections having been filed to said Report and Recommendation,

     **IT IS HEREBY ORDERED** that:

    1. Petitioner's application for habeas corpus relief under 28 U.S.C. §2254 [#1]  is

**DENIED**;

    2. This action is **DISMISSED** with prejudice; and

    3. Petitioner is not granted a Certificate of Appealability.


DATED: 7-6, 2010.                    s/ Joan N. Ericksen
at Minneapolis, Minnesota            JUDGE JOAN N. ERICKSEN
                                     United States District Court